```
                 IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF ALABAMA
                           NORTHERN DIVISION
```

| | |
|---|---|
| CARRIE HOGAN, | : |
|     Plaintiff, | : |
| vs. | : |
| JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security, | CIVIL ACTION 05-0154-M<br>:<br>: |
|     Defendant. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Carrie Hogan on all claims.

DONE this 25th day of May, 2006.

                                           s/BERT W. MILLING, JR.
                                           UNITED STATES MAGISTRATE JUDGE